UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    Plaintiff,

      -against-

316 BITCOIN TRANSFERRED TO THE GOVERNMENT'S CUSTODY ON OR ABOUT OCTOBER 1, 2020,

                    Defendant in rem.

---------------------------------------------------------- x

1:25-cv-02086 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff should submit a report by September 5, 2025 providing details on the status of this matter.

**SO ORDERED.**

Dated:   August 29, 2025
            New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                United States District Judge