UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

UNITED STATES OF AMERICA,

                **Plaintiff,**

       -against-

**316 BITCOIN TRANSFERRED TO THE GOVERNMENT'S CUSTODY ON OR ABOUT OCTOBER 1, 2020,**

                **Defendant in rem.**

1:25-cv-02086 (ALC)

**ORDER**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court ordered Plaintiff to submit a report by September 5, 2025 providing details on the status of this matter. *See* ECF No. 4. To date, no report has been filed. *See generally* ECF. The Government shall file a report by **September 19, 2025**, providing the Court with an update and whether the case may be closed.

**SO ORDERED.**

Dated:    **September 15, 2025**
              **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**