USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/10/25___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------

**UNITED STATES OF AMERICA,**

**Plaintiff,**

-against-

**316 BITCOIN TRANSFERRED TO THE**
**GOVERNMENT'S CUSTODY ON OR ABOUT**
**OCTOBER 1, 2020,**

**Defendant in rem.**

-------------------------------------------------------------------

x
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
x

**1:25-cv-02086 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 8, 2025, this Court issued an order to show cause as to why this action should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc*., 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . ."). The Government was directed to make such showing in writing by October 22, 2025. On October 3, 2025, an Amended Standing Order was issued staying deadlines in certain civil cases in which the United States Attorney's Office for the Southern District of New York appeared as counsel. *See* 1:25-mc-00433-LTS. Pursuant to said order, the deadlines in certain civil cases such as this one were tolled "between September 30, 2025, and the date the President signs into law a budget appropriation that restores Department of Justice funding." As the shutdown ended on November 12, 2025, this case was tolled 43 days. Accordingly, the governments deadline to respond to the order to show cause was extended to December 4, 2025 at the latest.

Further, the Government was advised that a failure to make this showing will result in a dismissal of this case without prejudice. The Government has failed to make such showing in

writing or otherwise respond to the order. Accordingly, it is hereby **ORDERED** that the case be

dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED.**

**Dated:     December 10, 2025**
           **New York, New York**

 

**ANDREW L. CARTER, JR.**
**United States District Judge**