USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/26/26_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :

UNITED STATES OF AMERICA,

                                          :

        Plaintiff,

                                          :     JUDGMENT OF FORFEITURE

           -v.-

316 BITCOIN TRANSFERRED TO THE         :     25 Civ. 2086 (ALC)
GOVERNMENT'S CUSTODY ON OR ABOUT
OCTOBER 1, 2020,                          :

        Defendant-*in-rem*.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about March 13, 2025, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following property by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

        a. 316 Bitcoin transferred to the Government's custody on or about October 1, 2020

(the "Defendant-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) because there is probable cause to believe that the Defendant-*in-rem* constitutes property involved in monetary transactions in property derived from illegal narcotics trafficking, in violation of Title 18, United States Code, Sections 1957 and 2;

WHEREAS, the Government received the Defendant-*in-rem* from Jonathan Warren on or about October 1, 2020 pursuant to a Deferred Prosecution Agreement in which Warren agreed to the civil forfeiture of the Defendant-*in-rem*;

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was

2

posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 15, 2025, through April 13, 2025, and proof of such publication was filed with the Clerk of this Court on March 4, 2026 (D.E. 11);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

Dated: New York, New York

March 26, 2026

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

3